**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 98-7759**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CARL KOFI MAYERS,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CR-91-414-A, CA-98-1575-AM)

─────────

Submitted: March 25, 1999          Decided: March 31, 1999

─────────

Before WILKINS and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Carl Kofi Mayers, Appellant Pro Se. James L. Trump, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carl Kofi Mayers seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  United States v. Mayers, Nos. CR-91-414-A; CA-98-1575-AM (E.D. Va. Nov. 12, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED